UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC., a Rhode Island corporation,<br><br>Defendant. | NO.   2:25-cv-00898-JHC<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

THE PARTIES above named, through their attorneys Russell J. Reid of Reid, Ballew & Leahy, L.L.P., attorneys for Plaintiff, and Robert Flemer of Littler Mendelson, P.C., attorneys for Defendant, CVS Pharmacy, Inc., hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own attorneys' fees and costs of suit.  This Stipulation shall not foreclose Plaintiff or the Trust, based on res judicata principles or other legal principles, from collecting additional contributions, liquidated damages, interest, attorney's fees and costs for the time period encompassed by this action, September 2024 through November 2024, if a future audit or some other source reveals that Defendant owes the Plaintiff additional amounts for said period, or from collecting contributions, liquidated

damages, interest, attorney's fees and costs for any period other than September 2024 through November 2024.

DATED 28th day of August, 2025.

| | |
|---|---|
| REID, BALLEW & LEAHY, L.L.P. | LITTLER MENDELSON, P.C. |
| s/*Russell J. Reid* | s/*Robert Flemer* |
| Russell J. Reid, WSBA #2560 | Robert Flemer, WSBA #62597 |
| 100 West Harrison Street | One Union Square |
| North Tower #300 | 600 University Street, Ste 3200 |
| Seattle WA 98119 | Seattle WA 98101 |
| (206 285-0464 | (206) 623-3300 |
| Email:  rjr@nwlaborlaw.com | Email:  Rflemer@littler.com |
| Attorney for Plaintiff | Attorney for Defendant |

## ORDER OF DISMISSAL

Based on the foregoing Stipulation of Plaintiff and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party shall bear its own attorney's fees and costs of suit.  This Order shall not foreclose Plaintiff or the Trust, based on res judicata principles or other legal principles, from collecting additional contributions, liquidated damages, interest, attorney's fees and costs for the time period encompassed by this action, September 2024 through November 2024, if a future audit or some other source reveals that Defendant owes the Plaintiff additional amounts for said period, or from collecting contributions, liquidated damages, interest, attorney's fees and costs for any period other than September 2024 through November 2024.

ORDER ENTERED this 3rd day of September, 2025.

*John H. Chun*
_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE